United States District Court
District of Massachusetts

|  |  |
|---|---|
| **United States of America** ) | |
| ) | |
| v. ) | Criminal Action No. |
| ) | 21-CR-10208-NMG-11 |
| **Christina Lua,** ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM & ORDER**

**GORTON, J.**

Defendant Christina Lua ("defendant") filed a motion for a bill of particulars regarding venue (Docket No. 466). She contends that the government should be required to identify the specific factual allegations that establish venue in Massachusetts. The government opposes the motion on grounds that a bill of particulars is warranted only where the information sought is required for a defense rather than merely helpful. It contends that the second superseding indictment satisfies the requirements of Fed. R. Crim. P. 7(c) and that defendant has received voluminous discovery.

The Court will deny defendant's motion because:

1) the second superseding indictment properly identifies the elements of the crime,

2) it informs her of the nature of the charges against her and

3) defendant has received voluminous automatic discovery.

<u>See</u> <u>United States</u> v. <u>Sepulveda</u>, 15 F.3d 1161, 1192-93 (1st Cir. 1993). The government has no obligation to categorize discovery, once produced.

### ORDER

Defendant Christina Lua's motion for a bill of particulars regarding venue (Docket No. 466) is **DENIED**.

**So ordered.**

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

Dated March 14, 2024