UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v.                           ) | Criminal Case No. 1:21-CR-10208 |
| ) | |
| ) | |
| CHRISTINA LUA        ) | |

**SUPPLEMENTAL LETTER TO SENTENCING MEMORANDUM
FILED BY DEFENDANT CHRISTINA LUA**

Now comes Defendant Christina Lua and respectfully submits, in advance of the sentencing hearing scheduled for August 15, 2024 and as a supplement to the sentencing memorandum she filed under seal on August 9, 2024, the attached letter submitted by Thomas Martin.

                                                      Respectfully submitted,
                                                      **CHRISTINA LUA**
                                                      By her attorney,

                                                      /s/ John S. Day

                                                      John S. Day (BBO #639249)
                                                      Day Law Firm, P.C.
                                                      99 Derby Street, Suite 200
                                                      Hingham, MA 02043
                                                      781-789-3001 (telephone)
                                                      781-730-5020 (facsimile)
Date:   August 13, 2024                            jday@daylaw.com (e-mail)

**Certificate of Service**

I, John S. Day, hereby certify that, on August 13, 2024, this document was filed through the ECF system and served on the registered participants as identified on the Notice of Electronic Filing ("NEF") and will be sent electronically to U.S. Probation Officer Carolyn Patten and U.S. Probation Officer Crystal Monteiro.

                                                      /s/ John S. Day

                                                      John S. Day, Esq.