Dear Judge Gorton,

My name is Thomas Martin and Christina Lua is my Mother-in-law, and Grandmother to our son Levi.

Christina moved in with my wife and I after her husband Reshat was arrested on a myriad of charges including narcotics distribution. She has since become an important part of our household and we love having her here, as does her Grandson.

Not only does Christina contribute to the rent and bills but she helps with childcare while my wife and I are working multiple jobs. I work for Redwood Lock in Rohnert Park, CA. We recently had a devastating fire that destroyed the garage, vehicles, and more. Due to this fire, my work responsibilities have shifted and I am unable to get our son to Preschool. Christina has stepped up to take him, as our work schedules do not align with drop off. If Christina were incarcerated I do not know what we as a family would do. We do not have the financial resources to survive here in Northern California, nor do we have the financial resources to leave and establish elsewhere. I am an integral part of helping rebuild after the fire, and it would be very difficult to leave my boss to rebuild his family business that has been a pillar of the community since 1989.

Christina has lived a very hard life. Her relationship with Reshat has been abusive the entire 20+ years they've been together. Her part in this was at his direction, and under his control. She has taken responsibility for her role, and is working very hard on rebuilding her life, as he is unable to micromanage her life due to his own incarceration.

In the last three years, while Reshat has been away, she has been able to establish herself with a strong career as an HR Director. If she is incarcerated, she will lose this job. Allowing Christina on supervised release instead of incarceration will allow her to continue working, continue participating in our family, and most of all continue healing.

Your Honor, with respect, I ask you to recognize the immense suffering this has already caused for our family. Christina has no prior criminal record, a career, and family responsibility. She desperately needs an opportunity to continue rebuilding her life. Incarceration would put her (and us) in a position where moving on from this and rebuilding our life is near impossible. I ask you, Your Honor, to exercise your power of discretion and compassion and please let Christina come home where she belongs, with us.

Sincerely,
Thomas Owen Martin
702-964-0715